**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSE CARCAMO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.:** _____ |
| | § | |
| **CHARITY JOY BOWMAN and,** | § | |
| **BOWMAN & HOSIER, LLC,** | § | |
| **Defendants** | § | |

**<u>NOTICE OF REMOVAL</u>**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHNER DISTRICT OF TEXAS:**

DEFENDANTS CHARITY JOY BOWMAN and BOWMAN & HOSIER LLC petition this Court pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446 for removal of the action numbered and styled Jose Carcamo vs Charity Joy Bowman and Bowman & Hosier, LLC, Cause No. DC-22-13671, in the 160th Judicial District Court, Dallas County, Texas (the "State Court Case") to the United States District Court for the Northern District of Texas, Dallas Division on the basis of diversity jurisdiction and in support thereof would respectfully show this Court as follows:

**I.**

**REMOVAL IS TIMELY**

1.  Plaintiff filed this suit on September 22, 2022.

2.  Defendant Charity Joy Bowman was served on December 19, 2022. This Notice of Removal is filed within thirty (30) days of service of the petition on Defendant Charity Joy Bowman and is timely filed under 28 U.S.C. § 1446(b).

3.  Defendant Bowman & Hosier, LLC was served on December 23, 2022. This Notice of Removal is filed within thirty (30) days of service of the petition on Defendant Bowman & Hosier, LLC and is timely filed under 28 U.S.C. § 1446(b).

## II.

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

4.  The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties in that every defendant is now and was at the time the action was commenced diverse in citizenship from every plaintiff. Plaintiff in this action is a citizen of a different state from the Defendant, and no Defendant is or was at the time the suit was commenced an entity or citizen of Texas. Therefore, complete diversity exists, and Defendants may remove.

5.  Plaintiff is, to the best of Defendants' knowledge, a citizen of Dallas County, State of Texas. Therefore, Plaintiff was at the time this action was commenced and is currently a citizen of the State of Texas.

6.  Defendant Charity Joy Bowman is a citizen of Cameron Park, El Dorado County, State of California. Defendant was at the time this action was commenced and is currently a citizen of the State of California.

7.  Defendant Bowman & Hosier, LLC is a corporation organized under the laws of the State of California and with its principal place of business in California. Consequently, Defendant was at the time this action was commenced, and is currently, a citizen of California.

### III.

### AMOUNT IN CONTROVERSY

8.      As reflected in the live petition in state court, Plaintiff demands judgment against Defendant and explicitly seeks monetary relief over $1,000,000.00 in Plaintiff's Amended Petition, attached to this notice. Therefore, the amount in controversy in this action exceeds $75,000.00, as Plaintiff has clearly put more than $75,000.00 in damages at issue.

9.      A case may be removed unless it "appears to a legal certainty that the claim is really for less than the jurisdictional amount." Marcel v. Pool Co., 5 F.3d 81 (5th Cir. 1993); Asociacion Nacional de Pescadores a Pequena Escala o Artesanales de Colombia v. Dow Quimica de Colombia S.A., 988 F.2d 559, 564 (5th Cir. 1993) (citing St. Paul Mercury Indemnity Co. v. Red Cab Co., 303 U.S. 282, 289 (1938)); Williams v. State Farm Mutual Automobile Ins. Co., 931 F. Supp. 469 (S.D. Tex. 1995); Johnson v. Dillard Dept. Stores, Inc., 836 F. Supp. 390 (N.D. Tex. 1993). In assessing whether removal is proper, the Court must first determine whether it is facially apparent that the amount in controversy exceeds $75,000.00. Allen v. R & H Oil & Gas Co., 63 F.3d 1326 (5th Cir. 1995); HWJ, Inc. v. Burlington Ins. Co., 926 F. Supp. 593 (E.D. Tex. 1996). The amount in controversy may be determined by the allegation of the petition, or where they are not dispositive, the allegations in the notice for removal. Laughlin v. Kmart Corp., 50 F.3d 871, 873 (10th Cir.1995); Martin v. Franklin Capital Corp., 251 F.3d 1284, 1290 (10th Cir. 2001). The notice of removal must assert the underlying facts supporting the assertion that the amount in controversy exceeds the jurisdictional amount. Laughlin, 50 F.3d at 873; Martin 251 F.3d at 1289. 7. A review of the Plaintiff's Petition in the instant case and this Notice of

Removal clearly shows that the damages alleged and sought by Plaintiff in this case exceed $1,000,000.00. The face of the Petition expressly reveals this to be the case.

10. It is facially apparent from Plaintiff's Petition and the facts set forth in this Notice of Removal that Defendants re subject to possible exposure well beyond the federal jurisdictional minimum and that the amount in controversy clearly exceeds the jurisdictional minimum to remove this matter to federal court.

## IV.

## PROCEDURAL REQUIREMENTS

11. Removal of this action is proper under 28 U.S.C. § 1441, since this is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because Plaintiff and Defendants are diverse in citizenship.

12. By virtue of filing this Notice of Removal, the Removing Defendant does not waive its right to assert any motions to transfer venue or dismiss permitted by the applicable Rules of Civil Procedure, including Rule 12 motions.

13. All of the papers on file in the State Court case at the time of removal are attached hereto as "Exhibit A."

14. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

15. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the Clerk of the 160th Judicial District Court, Dallas County, State of Texas promptly after the filing of this Notice.

**V.**

**PRAYER FOR RELIEF**

WHEREFORE, Defendants Charity Joy Bowman and Bowman & Hosier, LLC., pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove this action for trial from the 160th Judicial District Court, Dallas County, Texas to this Court, on this 19th day of December, 2023.

Respectfully submitted,

ANDERSON & TRUITT, PLLC

By:    */s/ Carrie Garcia Sanders*

**Carrie Garcia Sanders**, Attorney in Charge
Texas State Bar No. 24040948
cgarciasanders@andersontruitt.com
10300 N. Central Expressway, Suite 284
Dallas, Texas  75231
(214) 417-5023 - phone
(972) 408-4156– fax

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have in good faith conferred with counsel for Plaintiff in an effort to resolve this dispute without court action, and we could not reach an agreement. Specifically, she is agreed.

DATED:  January 19, 2023.

*/s/ Carrie Garcia Sanders*
CARRIE GARCIA SANDERS

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case file system of the Court. I further certify that I have served all counsel of record, who have appeared herein, electronically or by another manner authorized by FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2).

DATED: January 19, 2023.

*/s/ Carrie Garcia Sanders*
CARRIE GARCIA SANDERS

# EXHBIT A

**INDEX OF STATE COURT FILE DOCUMENTS ATTACHED PURSUANT TO LR81.1**

| Exhibit | Filed | Document |
|---|---|---|
| A | | |
| A-1 | 9-22-22 | Original Petition |
| A-2 | 9-22-22 | Issue Citation |
| A-3 | 9-22-22 | Jury Demand |
| A-4 | 11-22-22 | Plaintiff's Amended Petition |
| A-5 | 11-22-22 | Issue Citation Comm of Ins or SOS |
| A-6 | 12-01-22 | Return of Service- Affidavit of Nonservice- Unexecuted Citation- Charity Bowman Home |
| A-7 | 12-02-22 | Plaintiff's Motion for Extension of Time |
| A-8 | 12-02-22 | Plaintiff's Motion to Retain |
| A-9 | 12-05-22 | Citation- Charity Joy Bowman |
| A-10 | 12-05-22 | Citation- Bowman & Hosier, LLC |
| A-11 | 12-6-22 | Dismissal for Want of Prosecution |
| A-12 | 1-10-23 | Plaintiff's Motion for Extension of Time |
| A-13 | 1-10-23 | Plaintiff's Verified Motion to Retain |
| A-14 | 1-10-23 | Return of Service- Bowman & Hoiser, LLC |
| A-15 | 1-10-23 | Return of Service- Charity Joy Bowman |
| A-16 | 1-11-23 | Dismissal for Want of Prosecution |
| A-17 | 1-11-23 | Return of Service- Bowman & Hoiser, LLC |
| A-18 | 3-1-23 | Dismissal for Want of Prosecution |

FILED
9/22/2022 5:36 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cheryl Watts DEPUTY

DC-22-13671

CAUSE NO. _____

| | | |
|---|---|---|
| **JOSE CARCAMO,** | § | **IN THE DISTRICT COURT** |
| *PLAINTIFF* | § | 160th |
| | § | |
| VS. | § | _____JUDICIAL DISTRICT |
| | § | |
| **CHARITY JOY BOWMAN and** | § | |
| **BOWMAN & HOSIER LLC ,** | § | |
| *DEFENDANTS* | § | **DALLAS COUNTY, TEXAS** |
| | § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT: NOW COMES JOSE CARCAMO**, hereinafter referred to by name or as Plaintiff, and complains of **CHARITY JOY BOWMAN and BOWMAN & HOSIER LLC**, hereinafter referred to by name or as Defendant(s), and for cause of action would respectfully show unto the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

**1.** Plaintiff intends that discovery be conducted under LEVEL 3 of RULE 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II.
### PARTIES

**2.** Plaintiff **JOSE CARCAMO** is an individual residing in Dallas County, Texas.

**3.** Defendant **CHARITY JOY BOWMAN** is an individual residing in El Dorado County, California, and may be served with process at her residence, located at 3361 Caballero Ct. Cameron Park, CA 95682 or wherever she may be found. Citation Requested.

**4.** Defendant **BOWMAN & HOSIER LLC** is a company located in Orangevale, CA which may be served through its registered agent, Reina Hosier, at 9273 Mott Court, Orangevale, CA 95662. Citation Requested

## III.
## JURISDICTION & VENUE

**5.**     This Court has jurisdiction over the parties because the amount in controversy is within the jurisdictional limits of this Court. Additionally, this Court has jurisdiction over the parties because Defendants are Texas residents and/or do business in the State of Texas.

**6.**     Venue is proper in Dallas County in this cause pursuant to § 15.002(a)(1) of the CIVIL PRACTICE & REMEDIES CODE because the incident which forms the basis of this lawsuit occurred in Dallas County, Texas.

## IV.
## FACTS

**7.**     On or about September 17, 2021, Plaintiff **Jose Carcamo,** was driving his Toyota Camry in lawful manner while traveling southbound on Interstate 45 in Dallas County, when his vehicle was suddenly, violently, and without warning, struck from behind by Defendant **Charity Joy Bowman** who was driving a White Chevy Silverado that was pulling a trailer, in the course and scope of employment of **Bowman and Hollar LLC.** As a result of the collision, Plaintiff sustained severe bodily injuries.

## V.
## CAUSES OF ACTION AGAINST
## DEFENDANT CHARITY JOY BOWMAN

*A.*     *NEGLIGENCE*

**8.**     The occurrence made the basis of this suit, reflected in the above paragraphs, and the resulting injuries and damages of Plaintiff were proximately caused by the negligent conduct of the Defendant, who operated the vehicle she was driving in a negligent manner by violating the duty which she owed the Plaintiff to exercise ordinary care in the operation of his motor vehicle in one or more of the following respects:

     a.     failing to keep a proper lookout or such lookout, which a person of ordinary prudence would have maintained under same or similar circumstances;

b.    failing to timely apply the brakes of the vehicle in order to avoid the collision in question;

c.    operating her vehicle at a rate of speed that was greater than an ordinary prudent person would have driven under of similar circumstances;

d.    failing to turn the vehicle in an effort to avoid the collision in question;

e.    failing to blow horn warning of imminent danger;

f.    in failing to control her speed in violation of TEX. TRANSP. CODE § 545.351; and

g.    in driving recklessly in violation of Tex. Transp. Code §545.401

**9.**    Each of these acts and/or omissions, whether taken singularly or in any combination constitutes negligence and negligence per se and gross negligence which proximately caused the collision and injuries and other losses as specifically set forth herein.

### B.    NEGLIGENCE PER SE

**10.**    Further, Defendant failed to exercise the mandatory standard of care in violation of V.T.C.A. TRANSPORTATION CODE, §545.351 & §545.401 pursuant to the Negligence Per Se Doctrine which mandates that:

### §545.351 Failure to Control Speed

(a)    An operator may not drive at a speed greater than is reasonable and prudent under the circumstances then existing.
(b)    An operator:
(1)    may not drive a vehicle at a speed greater than is reasonable and prudent under the conditions and having regard for actual and potential hazards then existing; and
(2)    shall control the speed of the vehicle as necessary to avoid colliding with another person or vehicle that is on or entering the highway in compliance with law and the duty of each person to use due care.
(c)    An operator shall, consistent with Subsections (a) and (b), drive at an appropriate reduced speed if:
(1)    the operator is approaching and crossing an intersection or railroad grade crossing;
(2)    the operator is approaching and going around a curve;

(3) the operator is approaching a hill crest;

(4) the operator is traveling on a narrow or winding roadway; and

(5) a special hazard exists with regard to traffic, including pedestrians, or weather or highway conditions; and

### §545.401 Reckless Driving

(a) A person commits an offense if the person drives a vehicle in willful or wanton disregard for the safety of persons or property.

(b) An offense under this section is a misdemeanor punishable by:

(1) a fine not to exceed $200;

(2) confinement in county jail for not more than 30 days; or

(3) both the fine and the confinement.

(c) Notwithstanding Section 542.001, this section applies to:

(1) a private access way or parking area provided for a client or patron by a business, other than a private residential property or the property of a garage or parking lot for which a charge is made for the storing or parking of motor vehicles; and

(2) a highway or other public place.

(d) Notwithstanding Section 542.004, this section applies to a person, a team, or motor vehicles and other equipment engaged in work on a highway surface.

11.    Each of these acts and/or omissions, whether taken singularly or in any combination constitutes negligence and negligence per se and gross negligence which proximately caused the collision and injuries and other losses as specifically set forth herein.

### C.    GROSS NEGLIGENCE

12.    Defendant's negligent conduct was more than momentary thoughtlessness or inadvertence. Rather, the acts and/or omissions by Defendant outlined in the above paragraphs constitute gross negligence as that term is defined in §41.001(11) of the CIVIL PRACTICE & REMEDIES CODE. Defendant's conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the Plaintiff. Defendant had actual, subjective awareness of the risk involved but, nevertheless, proceeded in conscious indifference to the rights, safety, or welfare of the Plaintiff or others similarly situated.

13.    The above acts and/or omissions were singularly and cumulatively the proximate cause of

*CARCAMO vs. BOWMAN and BOWMAN & HOSIER LLC*
*Plaintiff's Original Petition*

*PAGE 4 OF 8*

the occurrence in question and the resulting injuries and damages sustained by Plaintiff.

## VI.
## CAUSES OF ACTION AGAINST
## BOWMAN & HOSIER LLC

### A.     *RESPONDEAT SUPERIOR*

**14.**     Defendant **BOWMAN & HOSIER LLC** is also liable to Plaintiff for each and every negligent act and/or omission of **Charity Joy Bowman** under the doctrine of respondeat superior, and/or the doctrine of borrowed servant, and/or agency as those terms are understood in law in that **Charity Joy Bowman** was operating her vehicle in the course and scope of her employment with Defendant **BOWMAN & HOSIER LLC.**

**15.**     Defendant **BOWMAN & HOSIER LLC** violated the duty which it owed to Plaintiff to exercise ordinary care in one or more of the following respects:

    a.     in failing to properly train **Charity Joy Bowman**;

    b.     in negligently entrusting the vehicle to **Charity Joy Bowman**;

    c.     in negligently hiring **Charity Joy Bowman**; and

    d.     in negligently retaining **Charity Joy Bowman** as an employee.

**16.**     Each of these acts and/or omissions, whether taken singularly or in any combination  proximately caused the collision and injuries and other losses as specifically set forth herein, all of which Plaintiff suffered and which Plaintiff will continue to suffer in the future, if not for the remainder of his natural life.

**17.**     Defendant's negligent conduct was more than momentary thoughtlessness or inadvertence.  Rather, Defendant's conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the public such as **Plaintiff**.  Defendant had actual, subjective awareness of the risk involved, but nevertheless continued with conscious indifference to the rights, safety, or welfare of Plaintiff or others similarly situated.

*PAGE 5 OF 8*

*CARCAMO vs. BOWMAN and BOWMAN & HOSIER LLC*
*Plaintiff's Original Petition*

## VII.
## DAMAGES

**18.**     As a direct and proximate result of the collision and the negligent conduct of the Defendant,

Plaintiff **Jose Carcamo** suffered bodily injuries as reflected in the medical records from the health

care providers that have treated the injuries since the collision. The injuries may be permanent in

nature. The injuries have had an effect on the Plaintiff's health and well-being. As a further result

of the nature and consequences of his injuries, the Plaintiff has suffered and may continue to suffer

into the future, physical pain and mental anguish.

**19.**     As a further result of all of the above, Plaintiff has incurred expenses for his medical care

and attention in the past and may incur medical expenses in the future to treat his injuries.

**20.**     Plaintiff has also suffered losses and damages to his personal property, including but not

limited to damage to his vehicle for which he has never been compensated.

**21.**     By reason of all of the above, Plaintiff has suffered losses and damages in a sum within the

jurisdictional limits of this Court for which he now sues.

**22.**     Plaintiff asserts that the amount of any monetary damages awarded to Plaintiff should be

decided by a jury of Plaintiff's peers. However, RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE

requires Plaintiff to affirmatively plead the amount of damages sought. Pursuant to RULE 47 of the

TEXAS RULES OF CIVIL PROCEDURE, Plaintiff seeks monetary relief **OVER ONE MILLION AND**

**00/100 DOLLARS ($1,000,000.00)** and a demand for judgment for all the other relief to which

Plaintiff is justly entitled at the time of filing this suit, which, with the passage of time, may change.

## VIII.
## INTEREST

**23.**     Plaintiff further requests both pre-judgment and post-judgment interest on all his damages

*CARCAMO vs. BOWMAN and BOWMAN & HOSIER LLC*
*Plaintiff's Original Petition*

*PAGE 6 OF 8*

as allowed by law.

## IX.
## DEMAND FOR JURY TRIAL

**24.**     Plaintiff demands a trial by jury.

## X.
## NOTICE OF SELF-AUTHENTICATION

**25.**     Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

## XI.
## DESIGNATED E-SERVICE EMAIL ADDRESS

The following is the undersigned attorney's designated E-Service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: DCrawford-svc@thomasjhenrylaw.com. This is the undersigned's only E-Service email address, and service through any other email address will be considered invalid.

## XII.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that Defendants be cited to appear and answer, and on final trial hereafter, Plaintiff has judgment against Defendant in an amount within the jurisdictional limits of this Court, together with all pre- judgment and post-judgment interest as allowed by law, costs of Court, and for such other and further relief to which Plaintiff may be justly entitled by law and equity, including, but not limited to:

1.  Pain and suffering in the past;
2.  Pain and suffering in the future;
3.  Mental anguish in the past;
4.  Mental anguish in the future;
5.  Past medical expenses;
6.  Future medical expenses;
7.  Physical impairment in the past;
8.  Physical impairment in the future;
9.  Physical disfigurement in the past;
10. Physical disfigurement in the future;
11. Lost wages in the past;
12. Loss of future wage-earning capacity;
13. Property damage;
14. Loss of use;
15. Pre-judgment interest;
16. Post-judgment interest; and
17. Exemplary damages;

RESPECTFULLY SUBMITTED,

THOMAS J. HENRY LAW, PLLC University
Heights Blvd
San Antonio, TEXAS 78249
PHONE: (210) 651-1000
FAX: (361) 985-0601

BY: _____
Diana Crawford
State Bar No. 24085746
*Email: DCrawford-svc@thomasjhenrylaw.com
ATTORNEYS FOR PLAINTIFF
* service by email to this address only

*CARCAMO vs. BOWMAN and BOWMAN & HOSIER LLC*
*Plaintiff's Original Petition*

PAGE 8 OF 8

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 68539403
Status as of 10/2/2022 7:39 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 9/22/2022 5:36:37 PM | SENT |

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**ESERVE**

# CITATION

To:  **CHARITY JOY BOWMAN**
**3361 CABALLERO CT**
**CAMERON PARK CA  95682**

No.: **DC-22-13671**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **JOSE CARCAMO**

Filed in said Court  **22nd day of September, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For Suit, said suit being numbered **DC-22-13671**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 7th day of October, 2022**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By: *Medelin Navarrete* , Deputy
**MEDELIN NAVARRETE**

---

**JOSE CARCAMO**
**vs.**
**CHARITY JOY BOWMAN, et al**

---

**ISSUED**
**on this the 7th day of October, 2022**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **MEDELIN NAVARRETE**, Deputy

---

**Attorney for Plaintiff**
**DIANA CRAWFORD**
THOMAS J. HENRY LAW PLLC
5711 UNIVERSITY HEIGHTS BLVD SUITE
101
SAN ANTONIO TX 78249
210-651-1000
DCrawford-svc@thomasjhenrylaw.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-22-13671

Court No.: 160th District Court

Style: JOSE CARCAMO

vs.

CHARITY JOY BOWMAN, et al

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____.M.

Executed at _____ o'clock _____.M. on the _____ day of _____, the _____ within _____, 20 ____, at _____ within the County of _____, named

by _____ delivering to _____

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $ _____ | | |
| For mileage | $ _____ | of _____ County, | |
| For Notary | $ _____ | By _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____

20 ____, to certify which witness my hand and seal of office.

_____
Notary Public

_____ County

# FORM NO. 353-3—CITATION

# THE STATE OF TEXAS



# CITATION

**To:** **BOWMAN & HOSIER LLC**
**BY SERVING ITS REGISTERED AGENT REINA HOSIER**
**9273 MOTT COURT**
**ORANGEVALE, CA 95662**

No.: **DC-22-13671**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **JOSE CARCAMO**

Filed in said Court **22nd day of September, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For Suit, said suit being numbered **DC-22-13671**, the nature of which demand is as follows:

Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

Given under my hand and the Seal of said Court at office **on this the 7th day of October, 2022**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By: _Medelin Navarrete_, Deputy
**MEDELIN NAVARRETE**

---

**JOSE CARCAMO**
**vs.**
**CHARITY JOY BOWMAN, et al**

**ISSUED**
**on this the 7th day of October, 2022**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **MEDELIN NAVARRETE**, Deputy

**Attorney for Plaintiff**
**DIANA CRAWFORD**
THOMAS J. HENRY LAW PLLC
5711 UNIVERSITY HEIGHTS BLVD SUITE
101
SAN ANTONIO TX 78249
210-651-1000
DCrawford-svc@thomasjhenrylaw.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-22-13671

Court No.: 160th District Court

Style: JOSE CARCAMO

vs.

CHARITY JOY BOWMAN, et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M.

Executed at _____ o'clock _____.M. on the _____ day of _____, the _____ within _____, at

by _____ delivering to _____ named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation $ _____

For mileage $ _____ of _____ County,

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of

20 _____, to certify which witness my hand and seal of office.

_____

Notary Public _____ County



## CAUSE NO. DC-22-13671

JOSE CARCAMO

vs.

CHARITY JOY BOWMAN, et al

160th District Court

# <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: JOSE CARCAMO

FEE PAID: $10.00

FILED
11/22/2022 3:28 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

2 CIT SOS ESERVE

CAUSE NO. DC-22-13671

| | | |
|---|---|---|
| **JOSE CARCAMO,** | § | **IN THE DISTRICT COURT** |
| *PLAINTIFF* | § | |
| | § | |
| **VS.** | § | **160TH JUDICIAL DISTRICT** |
| | § | |
| **CHARITY JOY BOWMAN and** | § | |
| **BOWMAN & HOSIER LLC ,** | § | |
| *DEFENDANTS* | § | **DALLAS COUNTY, TEXAS** |
| | § | |

## PLAINTIFF'S AMENDED PETITION

**TO THE HONORABLE JUDGE OF SAID COURT: NOW COMES JOSE CARCAMO**, hereinafter referred to by name or as Plaintiff, and complains of **CHARITY JOY BOWMAN and BOWMAN & HOSIER LLC**, hereinafter referred to by name or as Defendant(s), and for cause of action would respectfully show unto the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

**1.**     Plaintiff intends that discovery be conducted under LEVEL 3 of RULE 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II.
### PARTIES

**2.**     Plaintiff **JOSE CARCAMO** is an individual residing in Dallas County, Texas.

**3.**     Defendant **CHARITY JOY BOWMAN** is an individual residing in El Dorado County, California, and may be served with process through the Texas Secretary of State at her home, located at 3572 SUDBURY RD, CAMERON PARK, CA 95682-8228, or wherever she may be found. The Texas Secretary of State is the agent for service for this nonresident defendant, the nonresident engaged in business in Texas, the nonresident does not maintain a regular place of business in Texas, the nonresident does not have a designated agent for service of process, and this law suit arises from the nonresident's business in Texas. Citation Requested.

4.     Defendant **BOWMAN & HOSIER LLC** is a company located in Orangevale, CA which may be served though the Texas Secretary of State with process through its through its California registered agent, Reina Hosier, at 9273 Mott Court, Orangevale, CA 95662. The Texas Secretary of State is the agent for service for this nonresident defendant, the nonresident engaged in business in Texas, the nonresident does not maintain a regular place of business in Texas, the nonresident does not have a designated agent for service of process, and this law suit arises from the nonresident's business in Texas. Citation Requested.

### III.
### JURISDICTION & VENUE

5.     This Court has jurisdiction over the parties because the amount in controversy is within the jurisdictional limits of this Court. Additionally, this Court has jurisdiction over the parties because Defendants are Texas residents and/or do business in the State of Texas.

6.     Venue is proper in Dallas County in this cause pursuant to § 15.002(a)(1) of the CIVIL PRACTICE & REMEDIES CODE because the incident which forms the basis of this lawsuit occurred in Dallas County, Texas.

### IV.
### FACTS

7.     On or about September 17, 2021, Plaintiff **Jose Carcamo,** was driving his Toyota Camry in lawful manner while traveling southbound on Interstate 45 in Dallas County, when his vehicle was suddenly, violently, and without warning, struck from behind by Defendant **Charity Joy Bowman** who was driving a White Chevy Silverado that was pulling a trailer, in the course and scope of employment of **Bowman and Hollar LLC.** As a result of the collision, Plaintiff sustained severe bodily injuries.

## V.
## CAUSES OF ACTION AGAINST
## DEFENDANT CHARITY JOY BOWMAN

### A.  *NEGLIGENCE*

**8.**  The occurrence made the basis of this suit, reflected in the above paragraphs, and the

resulting injuries and damages of Plaintiff were proximately caused by the negligent conduct of

the Defendant, who operated the vehicle she was driving in a negligent manner by violating the duty

which she owed the Plaintiff to exercise ordinary care in the operation of his motor vehicle in one or more of

the following respects:

    a.    failing to keep a proper lookout or such lookout, which a person of ordinary prudence would have maintained under same or similar circumstances;

    b.    failing to timely apply the brakes of the vehicle in order to avoid the collision in question;

    c.    operating her vehicle at a rate of speed that was greater than an ordinary prudent person would have driven under of similar circumstances;

    d.    failing to turn the vehicle in an effort to avoid the collision in question;

    e.    failing to blow horn warning of imminent danger;

    f.    in failing to control her speed in violation of TEX. TRANSP. CODE § 545.351; and

    g.    in driving recklessly in violation of Tex. Transp. Code §545.401

**9.**  Each of these acts and/or omissions, whether taken singularly or in any combination

constitutes negligence and negligence per se and gross negligence which proximately caused the

collision and injuries and other losses as specifically set forth herein.

### B.  *NEGLIGENCE PER SE*

**10.**  Further, Defendant failed to exercise the mandatory standard of care in violation of

V.T.C.A. TRANSPORTATION CODE, §545.351 & §545.401 pursuant to the Negligence Per Se

Doctrine which mandates that:

### §545.351 Failure to Control Speed

(a) An operator may not drive at a speed greater than is reasonable and prudent under the circumstances then existing.

(b) An operator:

(1) may not drive a vehicle at a speed greater than is reasonable and prudent under the conditions and having regard for actual and potential hazards then existing; and

(2) shall control the speed of the vehicle as necessary to avoid colliding with another person or vehicle that is on or entering the highway in compliance with law and the duty of each person to use due care.

(c) An operator shall, consistent with Subsections (a) and (b), drive at an appropriate reduced speed if:

(1) the operator is approaching and crossing an intersection or railroad grade crossing;

(2) the operator is approaching and going around a curve;

(3) the operator is approaching a hill crest;

(4) the operator is traveling on a narrow or winding roadway; and

(5) a special hazard exists with regard to traffic, including pedestrians, or weather or highway conditions; and

### §545.401 Reckless Driving

(a) A person commits an offense if the person drives a vehicle in willful or wanton disregard for the safety of persons or property.

(b) An offense under this section is a misdemeanor punishable by:

(1) a fine not to exceed $200;

(2) confinement in county jail for not more than 30 days; or

(3) both the fine and the confinement.

(c) Notwithstanding Section 542.001, this section applies to:

(1) a private access way or parking area provided for a client or patron by a business, other than a private residential property or the property of a garage or parking lot for which a charge is made for the storing or parking of motor vehicles; and

(2) a highway or other public place.

(d) Notwithstanding Section 542.004, this section applies to a person, a team, or motor vehicles and other equipment engaged in work on a highway surface.

11.    Each of these acts and/or omissions, whether taken singularly or in any combination

constitutes negligence and negligence per se and gross negligence which proximately caused the

collision and injuries and other losses as specifically set forth herein.

*CARCAMO vs. BOWMAN and BOWMAN & HOSIER LLC*
*Plaintiff's Original Petition*

## C. GROSS NEGLIGENCE

12. Defendant's negligent conduct was more than momentary thoughtlessness or inadvertence. Rather, the acts and/or omissions by Defendant outlined in the above paragraphs constitute gross negligence as that term is defined in §41.001(11) of the CIVIL PRACTICE & REMEDIES CODE. Defendant's conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the Plaintiff. Defendant had actual, subjective awareness of the risk involved but, nevertheless, proceeded in conscious indifference to the rights, safety, or welfare of the Plaintiff or others similarly situated.

13. The above acts and/or omissions were singularly and cumulatively the proximate cause of the occurrence in question and the resulting injuries and damages sustained by Plaintiff.

## VI.
## CAUSES OF ACTION AGAINST
## BOWMAN & HOSIER LLC

### A. RESPONDEAT SUPERIOR

14. Defendant **BOWMAN & HOSIER LLC** is also liable to Plaintiff for each and every negligent act and/or omission of **Charity Joy Bowman** under the doctrine of respondeat superior, and/or the doctrine of borrowed servant, and/or agency as those terms are understood in law in that **Charity Joy Bowman** was operating her vehicle in the course and scope of her employment with Defendant **BOWMAN & HOSIER LLC.**

15. Defendant **BOWMAN & HOSIER LLC** violated the duty which it owed to Plaintiff to exercise ordinary care in one or more of the following respects:

   a. in failing to properly train **Charity Joy Bowman**;

   b. in negligently entrusting the vehicle to **Charity Joy Bowman**;

   c. in negligently hiring **Charity Joy Bowman**; and

   d. in negligently retaining **Charity Joy Bowman** as an employee.

*PAGE 5 OF 9*

*CARCAMO vs. BOWMAN and BOWMAN & HOSIER LLC*
*Plaintiff's Original Petition*

16.     Each of these acts and/or omissions, whether taken singularly or in any combination proximately caused the collision and injuries and other losses as specifically set forth herein, all of which Plaintiff suffered and which Plaintiff will continue to suffer in the future, if not for the remainder of his natural life.

17.     Defendant's negligent conduct was more than momentary thoughtlessness or inadvertence. Rather, Defendant's conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the public such as **Plaintiff**. Defendant had actual, subjective awareness of the risk involved, but nevertheless continued with conscious indifference to the rights, safety, or welfare of Plaintiff or others similarly situated.

## VII.
## DAMAGES

18.     As a direct and proximate result of the collision and the negligent conduct of the Defendant, Plaintiff **Jose Carcamo** suffered bodily injuries as reflected in the medical records from the health care providers that have treated the injuries since the collision. The injuries may be permanent in nature. The injuries have had an effect on the Plaintiff's health and well-being. As a further result of the nature and consequences of his injuries, the Plaintiff has suffered and may continue to suffer into the future, physical pain and mental anguish.

19.     As a further result of all of the above, Plaintiff has incurred expenses for his medical care and attention in the past and may incur medical expenses in the future to treat his injuries.

20.     Plaintiff has also suffered losses and damages to his personal property, including but not limited to damage to his vehicle for which he has never been compensated.

21.     By reason of all of the above, Plaintiff has suffered losses and damages in a sum within the jurisdictional limits of this Court for which he now sues.

22.     Plaintiff asserts that the amount of any monetary damages awarded to Plaintiff should be

decided by a jury of Plaintiff's peers. However, RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE requires Plaintiff to affirmatively plead the amount of damages sought. Pursuant to RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff seeks monetary relief **OVER ONE MILLION AND 00/100 DOLLARS ($1,000,000.00)** and a demand for judgment for all the other relief to which Plaintiff is justly entitled at the time of filing this suit, which, with the passage of time, may change.

## VIII.
## INTEREST

23.    Plaintiff further requests both pre-judgment and post-judgment interest on all his damages as allowed by law.

## IX.
## DEMAND FOR JURY TRIAL

24.    Plaintiff demands a trial by jury.

## X.
## NOTICE OF SELF-AUTHENTICATION

25.    Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants are hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

## XI.
## DESIGNATED E-SERVICE EMAIL ADDRESS

The following is the undersigned attorney's designated E-Service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: DCrawford-svc@thomasjhenrylaw.com. This is the undersigned's only E-Service email address, and service through any other email address will be considered invalid.

## XII.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that Defendants be cited

to appear and answer, and on final trial hereafter, Plaintiff has judgment against Defendant in an

amount within the jurisdictional limits of this Court, together with all pre- judgment and post-

judgment interest as allowed by law, costs of Court, and for such other and further relief to which

Plaintiff may be justly entitled by law and equity, including, but not limited to:

1. Pain and suffering in the past;
2. Pain and suffering in the future;
3. Mental anguish in the past;
4. Mental anguish in the future;
5. Past medical expenses;
6. Future medical expenses;
7. Physical impairment in the past;
8. Physical impairment in the future;
9. Physical disfigurement in the past;
10. Physical disfigurement in the future;
11. Lost wages in the past;
12. Loss of future wage-earning capacity;
13. Property damage;
14. Loss of use;
15. Pre-judgment interest;
16. Post-judgment interest; and
17. Exemplary damages;

*PAGE 8 OF 9*

*CARCAMO vs. BOWMAN and BOWMAN & HOSIER LLC*
*Plaintiff's Original Petition*

RESPECTFULLY SUBMITTED,

The Law Offices of Thomas J. Henry
5711 University Heights Blvd, Suite 101
San Antonio, Texas 78249
Phone: (512) 520-0221
Fax: (877) 513-1359
BY:

Diana Crawford
State Bar No. 24085746
*Email: DCrawford-svc@thomasjhernrylaw.com
ATTORNEYS FOR PLAINTIFF
* service by email to this address only

CARCAMO vs. BOWMAN and BOWMAN & HOSIER
LLC
Plaintiff's Original Petition

PAGE 9 OF 9

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 70414774
Status as of 12/1/2022 12:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 11/22/2022 3:28:17 PM | SENT |

**FORM NO. 3534 CITATION**
**THE STATE OF TEXAS**

**To:**   **CHARITY JOY BOWMAN**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079**
**AUSTIN, TX, 78711**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **AMENDED** petition, a default judgment may be taken against you.
In addition to filing a **written** answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court**  at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being   **JOSE CARCAMO**

Filed in said Court on the **22nd day of November, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For suit, said suit being numbered   **DC-22-13671**   the nature of which demand is as follows:
Suit On   **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition  a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

Given under my hand and the Seal of said Court at office **on this the 5th day of December, 2022**
ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _____
**MEDELIN NAVARRETE**

_____, Deputy



**ESERVE (SOS)**

**CITATION**

No.: **DC-22-13671**

**JOSE CARCAMO**

vs.

**CHARITY JOY BOWMAN, et al**

ISSUED
**ON THIS THE 5TH DAY OF DECEMBER, 2022**

By **MEDELIN NAVARRETE**, Deputy

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

Attorney for : Plaintiff
**DIANA CRAWFORD**
**THOMAS J HENRY LAW FIRM**
5711 UNIVERSITY HEIGHTS BLVD
STE 101
SAN ANTONIO TX  78249
(915) 542-0585
DCrawford—svc@thomasjhenrylaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

Cause No. DC-22-13671
Court No: 160th District Court

Style: JOSE CARCAMO
vs.
CHARITY JOY BOWMAN, et al

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Received this Citation the _____ day of _____, 20____ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20____ at _____ o'clock, by

delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of

Plaintiff's original petition, having first endorsed on same the date of delivery.

-------------000000-------------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20____ at _____ o'clock ____.M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20____, at _____ o'clock ____.M.

by summoning the within named Corporation, _____

_____ President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's AMENDED petition, having first endorsed on same the date of delivery.

-------------000000-------------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

For Serving Citation    $ _____    Sheriff _____
For Mileage             $ _____    County of _____
For Notary              $ _____    State of _____
    Total Fees          $ _____    By _____
                                        _____ Deputy

(Must be verified if served outside the State of Texas)
State of _____
County of _____

Signed and sworn to me by the said _____ before me this _____ day of _____, 20____, to certify

which witness my hand and seal of office.

_____
State & County of

Seal

FORM NO. 3534 CITATION
THE STATE OF TEXAS

**To:** **BOWMAN & HOSIER LLC**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079**
**AUSTIN, TX, 78711**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **AMENDED** petition, a default judgment may be taken against you.
In addition to filing a **written** answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **JOSE CARCAMO**

Filed in said Court on the **22nd day of November, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For suit, said suit being numbered **DC-22-13671** the nature of which demand is as follows:
Suit On **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

Given under my hand and the Seal of said Court at office **on this the 5th day of December, 2022**
ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas

By _Medelin Navarrete_
**MEDELIN NAVARRETE** , Deputy

---

ESERVE (SOS)

CITATION

No.: DC-22-13671

JOSE CARCAMO
vs.
CHARITY JOY BOWMAN, et al

ISSUED
**ON THIS THE 5TH DAY OF DECEMBER, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **MEDELIN NAVARRETE**, Deputy

Attorney for : Plaintiff
**DIANA CRAWFORD**
THOMAS J HENRY LAW FIRM
5711 UNIVERSITY HEIGHTS BLVD
STE 101
SAN ANTONIO TX 78249
(915) 542-0585
DCrawford-svc@thomasjhenrylaw.com

DALLAS COUNTY
SERVICE FEES
NOT PAID

Cause No. DC-22-13671

Court No: 160th District Court

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Style: JOSE CARCAMO

vs.

CHARITY JOY BOWMAN, et al

Received this Citation the _____ day of _____, 20 ___ at _____ o'clock. Executed at _____, within the County of _____

_____, State of _____, on the _____ day of _____, 20 ___ at _____ o'clock, by

delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of

Plaintiff's original petition, having first endorsed on same the date of delivery.

------000000------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20 ___ at _____ o'clock ___.M. Executed at _____, within the County of _____

by summoning the within named Corporation, _____, State of _____, on the _____ day of _____, 20 ___, at _____ o'clock ___.M.

President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's AMENDED petition, having first endorsed on same the date of delivery.

------000000------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness by my hand.

For Serving Citation    $ _____        Sheriff _____

For Mileage             $ _____        County of _____

For Notary              $ _____        State of _____

Total Fees              $ _____        By _____

                                                    Deputy _____

(Must be verified if served outside the State of Texas)

State of _____

County of _____

Signed and sworn to me by the said _____

which witness my hand and seal of office.

_____ before me this _____ day of _____, 20 ___, to certify

Seal

_____

State & County of _____

FILED
12/1/2022 11:24 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Harper Ream DEPUTY

| Attorney or Party without Attorney:<br>Grant Pro Serve<br>6300 Rue Marielyne St<br>San Antonio, TX 78238<br><br>Telephone No: 210-386-6351<br><br>Attorney for: Plaintiff(s) | For Court Use Only |
|---|---|
| Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
In the District Court of Dallas County, Texas

Plaintiff(s): Jose Carcamo
Defendant: Charity Joy Bowman

| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>DC2213671 |
|---|---|---|---|---|

1. I, Celina Alvarado, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Charity Bowman as follows:

2. *Documents:* Citation, Petition.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 10/16/22 | 11:40am | Home | As I arrived there was a couple moving into the home. They confirmed they got the keys and are new tenants. They did not know who the previous tenant was before them Attempt made by: Celina Alvarado. Attempt at: 3361 Caballero Ct Cameron Park, CA 95682. |
| Thu | 10/20/22 | 12:00pm | Home | Returned Not Served on: Charity Bowman Home - 3361 Caballero Ct Cameron Park, CA 95682 |

3. *Person Executing*
   a. Celina Alvarado
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $75.00
e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.: 2018-39
   (iii) County: Sacramento

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Fri, Oct. 21, 2022

_____
**(Celina Alvarado)**

gr16.239727

**Affidavit of Reasonable Diligence**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 70603657
Status as of 12/5/2022 9:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 12/1/2022 11:24:53 AM | SENT |

FILED
12/2/2022 9:52 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Rhonda Burks DEPUTY

## CAUSE NO. DC-22-13671

| | | |
|---|---|---|
| **JOSE CARCAMO,** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF** | § | |
| | § | |
| **VS.** | § | **160TH JUDICIAL DISTRICT** |
| | § | |
| **CHARITY JOY BOWMAN and** | § | |
| **BOWMAN & HOSIER LLC ,** | § | |
| **DEFENDANTS** | § | **DALLAS COUNTY, TEXAS** |

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

---

### TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff in the above styled and numbered cause file this Motion for Extension of Time and would respectfully show the court as follows:

Counsel for Plaintiff has diligently worked to serve Defendants in this case.

- An attempt for service was made on October 16, 2022. Service was unsuccessful as Defendant Bowman had moved residences. An Affidavit of Reasonable Diligence was filed December 1, 2022.

- A new address was located for Defendant Bowman and an amended petition with request for citations was filed on November 16, 2022. Citations requested to be served through the secretary of state due to Defendants being California residents without an agent of service in the state of Texas.

---

- On November 22, 2022 Amended petition was returned due to additional blank pages mistakenly being included in the filing and a need for additional fees to serve the secretary of state.

- On November 22, 2022 Counsel resubmitted the amended petition with request for citations and the addition fees were paid.

- On November 29, 2022 Counsel's office called the filing clerk to follow up and was advised the Amended Petition had not yet been accepted due to delays due to staffing.

- On December 1, 2022 the amended petition was accepted by the clerk's office and Counsel is awaiting the citations to be issued.

WHEREFORE, premises considered, Plaintiff respectfully request that the Court grant an extension of time to affectuate service through the secretary of state.

Respectfully submitted,

**The Law Offices of Thomas J. Henry**
5711 University Heights Blvd, Suite 101
San Antonio, Texas 78249
Phone: (512) 520-0221
Fax: (877) 513-1359

By: _____
    Diana A. Crawford
    SBN: 24085746
    Dcrawford-svc@thomasjhenrylaw.com
    *service by email to this address only
    ATTORNEY FOR PLAINTIFF

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 70639219
Status as of 12/2/2022 9:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 12/2/2022 9:52:19 AM | SENT |

FILED
12/2/2022 10:11 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Rhonda Burks DEPUTY

CAUSE NO. DC-22-13671

| | | |
|---|---|---|
| JOSE CARCAMO, <br> PLAINTIFF | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§ | 160TH JUDICIAL DISTRICT |
| CHARITY JOY BOWMAN and <br> BOWMAN & HOSIER LLC , <br> DEFENDANTS | §<br>§<br>§ | DALLAS COUNTY, TEXAS |

---

**PLAINTIFF'S VERIFIED MOTION TO RETAIN CAUSE ON DOCKET**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

JOSE CARCAMO, Plaintiff, moves the Court to retain this case on the Court's docket and would respectfully show the Court the Following:

1. The suit was filed on September 22, 2022.

2. Defendants have not been served in this cause. A duly authorized private process server attempted personal service on the Defendant but was unsuccessful due to a bad address. Plaintiff was able to locate a new address for Defendant and an amended petition was filed on November 16, 2022 requesting updated citations to be issued to effectuate service through the Secretary of State.

3. Plaintiff's amended petition was returned by the clerk's office on November 22, 2022 due to additional blank pages mistakenly being included in the filing and a need for additional fees to serve the secretary of state. Plaintiff resubmitted the corrected amended petition along with additional fees.

4. On December 1, 2022 the amended petition was accepted by the clerk's office

---

*MOTION FOR AN EXTENSION OF TIME*                                    *PAGE 1 OF 3*

5. Plaintiff is currently is awaiting the citations to be issued.

6. Plaintiff believes that service through the secretary of state will be successful; alternatively, additional information may be gathered to support a motion for substitute service.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Court retain this cause on its docket so the Plaintiff may proceed with the Litigation, and the court grant Plaintiff such other and further relief to which may be justly entitled.

Respectfully submitted,

**The Law Offices of Thomas J. Henry**
5711 University Heights Blvd, Suite 101
San Antonio, Texas 78249
Phone: (512) 520-0221
Fax: (877) 513-1359

By: _____
Diana A. Crawford
SBN: 24085746
Dcrawford-svc@thomasjhenrylaw.com
*service by email to this address only
ATTORNEY FOR PLAINTIFF

## VERIFICATION

STATE OF TEXAS                    §

COUNTY OF BEXAR                   §

BEFORE ME, the undersigned Notary Public, on this day appeared DIANA A. CRAWFORD who, after being duly sworn, stated under oath that she is the attorney for Plaintiff in this action; that she has read the motion; and that every statement contained in the motion is within her person knowledge true and correct.

_____

DIANA A. CRAWFORD, Attorney for Plaintiff

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of December 20 22

_____

Notary Public

MICHAEL LUKE FREEMAN
Notary Public, State of Texas
Comm. Expires 08-10-2026
Notary ID 133901456

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 70640505
Status as of 12/2/2022 10:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 12/2/2022 10:11:44 AM | SENT |

FORM NO. 353-3—CITATION
THE STATE OF TEXAS

ESERVE
CITATION

To:  **CHARITY JOY BOWMAN**
**3361 CABALLERO CT**
**CAMERON PARK CA 95682**

_____
**JOSE CARCAMO**
**vs.**
**CHARITY JOY BOWMAN, et al**
_____

No.: **DC-22-13671**
_____

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **JOSE CARCAMO**

Filed in said Court **22nd day of September, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For Suit, said suit being numbered **DC-22-13671**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 7th day of October, 2022**

**ISSUED**
**on this the 7th day of October, 2022**

By: **MEDELIN NAVARRETE**, Deputy

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By: *Medelin Navarrete* , Deputy
**MEDELIN NAVARRETE**

**Attorney for Plaintiff**
**DIANA CRAWFORD**
THOMAS J. HENRY LAW PLLC
5711 UNIVERSITY HEIGHTS BLVD SUITE
101
SAN ANTONIO TX 78249
210-651-1000
DCrawford-svc@thomasjhenrylaw.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-22-13671

Court No.: 160th District Court

Style: JOSE CARCAMO
vs.
CHARITY JOY BOWMAN, et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M.

Executed at _____ o'clock _____.M. on the _____ day of _____, the _____ within _____, 20 _____,

by _____ delivering to _____ within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation $ _____

For mileage $ _____  of _____ County,

For Notary $ _____  By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____,

20 _____, to certify which witness my hand and seal of office.

_____
Notary Public

_____ County

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**ESERVE**

# CITATION

To: **BOWMAN & HOSIER LLC**
**BY SERVING ITS REGISTERED AGENT REINA HOSIER**
**9273 MOTT COURT**
**ORANGEVALE, CA 95662**

No.: **DC-22-13671**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **JOSE CARCAMO**

Filed in said Court **22nd day of September, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For Suit, said suit being numbered **DC-22-13671**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 7th day of October, 2022**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By: _Medelin Navarrete_, Deputy
**MEDELIN NAVARRETE**



---

**JOSE CARCAMO**

vs.

**CHARITY JOY BOWMAN, et al**

---

**ISSUED**
**on this the 7th day of October, 2022**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

---

By: **MEDELIN NAVARRETE**, Deputy

---

**Attorney for Plaintiff**
**DIANA CRAWFORD**
THOMAS J. HENRY LAW PLLC
5711 UNIVERSITY HEIGHTS BLVD SUITE
101
SAN ANTONIO TX 78249
210-651-1000
DCrawford-svc@thomasjhenrylaw.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-22-13671

Court No.: 160th District Court

Style: JOSE CARCAMO

vs.

CHARITY JOY BOWMAN, et al

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock ____.M.

Executed at _____ o'clock ____.M. on the _____ day of _____, the _____ within _____, 20 ____, at _____

by _____ delivering _____ to _____ within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness my hand.

For serving Citation $ _____

For mileage        $ _____  of _____ County,

For Notary         $ _____  By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____,

20 ____, to certify which witness my hand and seal of office.

_____
Notary Public _____ County



160TH DISTRICT COURT
GEORGE ALLEN COURTS BLDG.
600 COMMERCE STREET
DALLAS, TX 75202-4606
214-653-7273

11/1/2022

DIANA CRAWFORD
THOMAS J HENRY LAW FIRM
5711 UNIVERSITY HEIGHTS BLVD STE 101
SAN ANTONIO TX  78249

Re:

 JOSE CARCAMO
 vs.
CHARITY JOY BOWMAN, et al
DC-22-13671

DISMISSAL HEARING NOTICE – **BY SUBMISSION**

The above case is set for dismissal for want of prosecution **BY SUBMISSION** on 12/06/2022 at 3:00 PM. in the 160th District Court, Dallas County, Texas.

If you have perfected service and no answer has been filed, you must have moved for or have proved up a default judgment on or prior to the above date. Failure to do so prior to dismissal hearing will automatically result in the dismissal of the case on the above date and time and place.

If you have not perfected service on all parties prior to said dismissal date, you must **APPEAR BY SUBMISSION FOR THE DISMISSAL HEARING.** During said hearing you will have the opportunity to show by way of verified motion, good cause for maintaining the case on the docket. The court **SHALL** dismiss for Want of Prosecution unless there is a showing of good cause.

Sincerely

/s/ Nicholas Zaragoza
Nicholas Zaragoza,
Court Coordinator

FILED
12/2/2022 9:52 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Rhonda Burks DEPUTY

## CAUSE NO. DC-22-13671

| | | |
|---|---|---|
| JOSE CARCAMO, <br> PLAINTIFF | § <br> § <br> § | IN THE DISTRICT COURT |
| VS. | § <br> § | 160TH JUDICIAL DISTRICT |
| CHARITY JOY BOWMAN and <br> BOWMAN & HOSIER LLC , <br> DEFENDANTS | § <br> § <br> § <br> § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

### TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff in the above styled and numbered cause file this Motion for Extension of Time and would respectfully show the court as follows:

Counsel for Plaintiff has diligently worked to serve Defendants in this case.

- An attempt for service was made on October 16, 2022. Service was unsuccessful as Defendant Bowman had moved residences. An Affidavit of Reasonable Diligence was filed December 1, 2022.

- A new address was located for Defendant Bowman and an amended petition with request for citations was filed on November 16, 2022. Citations requested to be served through the secretary of state due to Defendants being California residents without an agent of service in the state of Texas.

---

- On November 22, 2022 Amended petition was returned due to additional blank pages mistakenly being included in the filing and a need for additional fees to serve the secretary of state.

- On November 22, 2022 Counsel resubmitted the amended petition with request for citations and the addition fees were paid.

- On November 29, 2022 Counsel's office called the filing clerk to follow up and was advised the Amended Petition had not yet been accepted due to delays due to staffing.

- On December 1, 2022 the amended petition was accepted by the clerk's office and Counsel is awaiting the citations to be issued.

WHEREFORE, premises considered, Plaintiff respectfully request that the Court grant an extension of time to affectuate service through the secretary of state.

Respectfully submitted,

**The Law Offices of Thomas J. Henry**
5711 University Heights Blvd, Suite 101
San Antonio, Texas 78249
Phone: (512) 520-0221
Fax: (877) 513-1359

By: _____
Diana A. Crawford
SBN: 24085746
Dcrawford-svc@thomasjhenrylaw.com
*service by email to this address only
ATTORNEY FOR PLAINTIFF

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 70639219
Status as of 12/2/2022 9:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 12/2/2022 9:52:19 AM | SENT |

FILED
12/2/2022 10:11 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Rhonda Burks DEPUTY

CAUSE NO. DC-22-13671

| | | |
|---|---|---|
| JOSE CARCAMO, **PLAINTIFF** | § § § | **IN THE DISTRICT COURT** |
| **VS.** | § § § | **160TH JUDICIAL DISTRICT** |
| **CHARITY JOY BOWMAN and BOWMAN & HOSIER LLC , DEFENDANTS** | § § § | **DALLAS COUNTY, TEXAS** |

---

### PLAINTIFF'S VERIFIED MOTION TO RETAIN CAUSE ON DOCKET

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

JOSE CARCAMO, Plaintiff, moves the Court to retain this case on the Court's docket and would respectfully show the Court the Following:

1. The suit was filed on September 22, 2022.

2. Defendants have not been served in this cause. A duly authorized private process server attempted personal service on the Defendant but was unsuccessful due to a bad address. Plaintiff was able to locate a new address for Defendant and an amended petition was filed on November 16, 2022 requesting updated citations to be issued to effectuate service through the Secretary of State.

3. Plaintiff's amended petition was returned by the clerk's office on November 22, 2022 due to additional blank pages mistakenly being included in the filing and a need for additional fees to serve the secretary of state. Plaintiff resubmitted the corrected amended petition along with additional fees.

4. On December 1, 2022 the amended petition was accepted by the clerk's office

---

*MOTION FOR AN EXTENSION OF TIME*                                      *PAGE 1 OF 3*

5. Plaintiff is currently is awaiting the citations to be issued.

6. Plaintiff believes that service through the secretary of state will be successful; alternatively, additional information may be gathered to support a motion for substitute service.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Court retain this cause on its docket so the Plaintiff may proceed with the Litigation, and the court grant Plaintiff such other and further relief to which may be justly entitled.

Respectfully submitted,

**The Law Offices of Thomas J. Henry**
5711 University Heights Blvd, Suite 101
San Antonio, Texas 78249
Phone: (512) 520-0221
Fax: (877) 513-1359

By: _____
Diana A. Crawford
SBN: 24085746
Dcrawford-svc@thomasjhenrylaw.com
*service by email to this address only
ATTORNEY FOR PLAINTIFF

## VERIFICATION

STATE OF TEXAS         §

COUNTY OF BEXAR     §

BEFORE ME, the undersigned Notary Public, on this day appeared DIANA A. CRAWFORD who, after being duly sworn, stated under oath that she is the attorney for Plaintiff in this action; that she has read the motion; and that every statement contained in the motion is within her person knowledge true and correct.

_____
DIANA A. CRAWFORD, Attorney for Plaintiff

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of December 20 22

_____
Notary Public

MICHAEL LUKE FREEMAN
Notary Public, State of Texas
Comm. Expires 08-10-2026
Notary ID 133901456

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 70640505
Status as of 12/2/2022 10:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 12/2/2022 10:11:44 AM | SENT |

FILED
1/10/2023 12:27 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
Janeshia Reed DEPUTY

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**ESERVE**     **CITATION**

**To:**
**BOWMAN & HOSIER LLC**
**BY SERVING ITS REGISTERED AGENT REINA HOSIER**
**9273 MOTT COURT**
**ORANGEVALE, CA 95662**

No. **DC-22-13671**

**GREETINGS:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **JOSE CARCAMO**

Filed in said Court **22nd day of September, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For Suit, said suit being numbered **DC-22-13671**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

**WITNESS:** FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 7th day of October, 2022**

**ATTEST:** FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By: _Medelin Navarrete_, Deputy
**MEDELIN NAVARRETE**

---

**JOSE CARCAMO**
**vs.**
**CHARITY JOY BOWMAN, et al**

**ISSUED**
**on this the 7th day of October, 2022**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **MEDELIN NAVARRETE**, Deputy

**Attorney for Plaintiff**
**DIANA CRAWFORD**
THOMAS J. HENRY LAW PLLC
5711 UNIVERSITY HEIGHTS BLVD SUITE
101
SAN ANTONIO TX 78249
210-651-1000
DCrawford-svc@thomasjhenrylaw.com
DALLAS COUNTY
SERVICE FEES
NOT PAID

**OFFICER'S RETURN**

Cause No. DC-22-13671

Court No.: 160th District Court

Style: JOSE CARCAMO

vs.

CHARITY JOY BOWMAN, et al

Came to hand on the _____ day of _____, 20 _____ at _____ o'clock _____.M.

Executed at _____ o'clock _____.M. on the _____ day of _____, within the County of _____, at

by _____ delivering _____ to _____ the _____ within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness my hand.

For serving Citation      $ _____

For mileage      $ _____      of _____ County,

For Notary      $ _____      By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of

_____ 20 _____, to certify which witness my hand and seal of office.

_____

Notary Public _____ County

# AFFIDAVIT OF SERVICE

| Case:<br>DC-22-13671 | Court:<br>DALLAS COUNTY, TEXAS | County:<br>IN THE 160TH DISTRICT COURT | Job:<br>8086010 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>JOSE CARCAMO | | Defendant / Respondent:<br>CHARITY JOY BOWMAN, et al | |
| Received by:<br>Ian Williams | | For:<br>Thomas J. Henry - Diana Crawford // Kiana Pearson | |
| To be served upon:<br>BOWMAN & HOSIER LLC BY SERVING ITS REGISTERED AGENT REINA HOSIER | | | |

I, Ian Williams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BOWMAN & HOSIER LLC BY SERVING ITS REGISTERED AGENT REINA HOSIER, 9233 MOTT CT, ORANGEVALE, CA 95662

**Manner of Service:** Personal/Individual, December 23, 2022, 12:00 pm PST

**Documents:** CITATION AND PLAINTIFF'S AMENDED PETITION (Received from Empire Courier & Civil Process, LLC December 15, 2022 at 1:12pm PST)

**Additional Comments:**

_____     January 6, 2023
Ian Williams                                              Date
License # PI-27210

Ian Williams

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____
Date                        Commission Expires

STATE OF CALIFORNIA  COUNTY OF Sacramento
Subscribed and sworn to (or affirmed) before me on this
6 day of January 20,23 by Ian Williams
proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.
_____
(Signature of Notary)

SHELLEY WILLIAMS
Notary Public - California
Sacramento County
Commission # 2363201
My Comm. Expires Jun 29, 2025

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness accuracy, or validity of that document.

FILED
1/10/2023 12:23 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Destiny Bernal DEPUTY
Electronically Served
12/12/2022 4:11:41 PM

**FORM NO. 3534 CITATION**

**THE STATE OF TEXAS**

**To:** **CHARITY JOY BOWMAN**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079**
**AUSTIN, TX, 78711**

**GREETINGS:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with     the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **AMENDED** petition, a default judgment may be taken against you.

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas Texas, 75202.

Said **PLAINTIFF** being **JOSE CARCAMO**

Filed in said Court on the **22nd day of November, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For suit, said suit being numbered **DC-22-13671** the nature of which demand is as follows:
Suit On **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

**WITNESS:** FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

Given under my hand and the Seal of said Court at office **on this the 5th day of December, 2022**
ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas



By ___Medelin Navarrete___, Deputy
**MEDELIN NAVARRETE**

---

**ESERVE (SOS)**

**CITATION**

No.:**DC-22-13671**

**JOSE CARCAMO**
vs.
**CHARITY JOY BOWMAN, et al**

ISSUED
**ON THIS THE 5TH DAY OF DECEMBER, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **MEDELIN NAVARRETE**, Deputy

Attorney for : Plaintiff
**DIANA CRAWFORD**
**THOMAS J HENRY LAW FIRM**
**5711 UNIVERSITY HEIGHTS BLVD**
**STE 101**
**SAN ANTONIO TX 78249**
(915) 542-0585
DCrawford—svc@thomasjhenrylaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-22-13671
Court No: 160th District Court

Style: JOSE CARCAMO
vs.
CHARITY JOY BOWMAN, et al

Received this Citation the _____ day of _____, 20 ____ at _____ o'clock. Executed at _____, within the County of _____ State of _____, on the _____ day of _____, 20 ____ at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first endorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20 ____ at _____ o'clock ____M. Executed at _____, within the County of _____ State of _____, on the _____ day of _____, 20 ____ at _____ o'clock ____M. by summoning the within named Corporation,_____ President - Vice President - Registered Agent - in person, of the said a true copy of this citation together with the accompanying copy of Plaintiff's AMENDED petition, having first endorsed on same the date of delivery.

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $ _____ | Sheriff _____ |
| For Mileage | $ _____ | County of _____ |
| For Notary | $ _____ | State of _____ |
| Total Fees | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas)

State of _____
County of _____

Signed and sworn to me by the said _____
which witness my hand and seal of office.

_____ before me this _____ day of _____, 20 ____, to certify

Seal

_____
State & County of _____

## CAUSE NO. DC-22-13671

| | | |
|---|---|---|
| JOSE CARCAMO | § | IN THE 160TH DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| CHARITY JOY BOWMAN, et al | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Teresa Ramos** who, being by me duly sworn, deposed and said:

"The following came to hand on **December 13, 2022, 1:24 pm,**

### CITATION AND PLAINTIFF'S AMENDED PETITION,

and was executed on **December 19 2022** by mailing to CHARITY JOY BOWMAN BY SERVING THE SECRETARY OF STATE at **P.O. BOX 12079, AUSTIN, TEXAS 78711,** by Certified Mail, Return Receipt Requested, Receipt No. **7022 2410 0003 2576 8850,** a true copy of this citation.

The regular mail envelope **WAS NOT** returned. PS Form 3811 was returned on **December 22, 2022** having been **SIGNED ON December 19, 2022** and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Teresa Ramos
Certification Number: PSC# 10049
Certification Expiration: 11/30/2024
Bexar County, Texas

**BEFORE ME,** a Notary Public, on this day personally appeared **Teresa Ramos,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON Jan. 10, 2023

Notary Public, State of Texas

RICHARD D. RAMOS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 03-22-2026
ID # 5334195



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charity Joy Bowman by delivering to state
P.O. Box 12079
Austin, Texas 78711

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7918 2234 1594 76

2. Article Number (Transfer from service label)
7022 2410 0003 2576 8850

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 12  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   to the Secretary of TX
   DEC 19 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7022 2410 0003 2576 8850

Certified Mail Fee  $4.00
$ $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.
☐ Return Receipt (electronic)       $ $0.      Postmark
☐ Certified Mail Restricted Delivery $ $0.      Here
☐ Adult Signature Required          $ $0.
☐ Adult Signature Restricted Delivery $

Postage  $1.68

Total Postage and Fees  $  93

Sent To
Charity Joy Bowman by delivering to
Street and Apt. No., or PO Box No.
P.O. Box 12079
City, State, ZIP+4®
Austin, Texas 78711

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions



160TH DISTRICT COURT
GEORGE ALLEN COURTS BLDG.
600 COMMERCE STREET
DALLAS, TX 75202-4606
214-653-7273

12/6/2022

DIANA CRAWFORD
THOMAS J HENRY LAW FIRM
5711 UNIVERSITY HEIGHTS BLVD STE 101
SAN ANTONIO TX  78249

Re:

 JOSE CARCAMO
 vs.
CHARITY JOY BOWMAN, et al
DC-22-13671

DISMISSAL HEARING NOTICE – **BY SUBMISSION**

The above case is set for dismissal for want of prosecution **BY SUBMISSION** on 01/11/2023 at 8:30 AM. in the 160th District Court, Dallas County, Texas.

If you have perfected service and no answer has been filed, you must have moved for or have proved up a default judgment on or prior to the above date. Failure to do so prior to dismissal hearing will automatically result in the dismissal of the case on the above date and time and place.

If you have not perfected service on all parties prior to said dismissal date, you must **APPEAR BY SUBMISSION FOR THE DISMISSAL HEARING.** During said hearing you will have the opportunity to show by way of verified motion, good cause for maintaining the case on the docket. The court **SHALL** dismiss for Want of Prosecution unless there is a showing of good cause.

Sincerely

/s/ Nicholas Zaragoza
Nicholas Zaragoza,
Court Coordinator

FILED
1/11/2023 5:01 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Janeshia Reed DEPUTY

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**No. DC-22-13671**

**ESERVE** **CITATION**

**To:**

**BOWMAN & HOSIER LLC**
**BY SERVING ITS REGISTERED AGENT REINA HOSIER**
**9273 MOTT COURT**
**ORANGEVALE, CA 95662**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **JOSE CARCAMO**

Filed in said Court **22nd day of September, 2022** against

**CHARITY JOY BOWMAN; BOWMAN & HOSIER LLC**

For Suit, said suit being numbered **DC-22-13671**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 7th day of October, 2022**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas



By: _Medelin Navarrete_, Deputy
**MEDELIN NAVARRETE**

---

**JOSE CARCAMO**
**vs.**
**CHARITY JOY BOWMAN, et al**

**ISSUED**
**on this the 7th day of October, 2022**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **MEDELIN NAVARRETE**, Deputy

**Attorney for Plaintiff**
**DIANA CRAWFORD**
THOMAS J. HENRY LAW PLLC
5711 UNIVERSITY HEIGHTS BLVD SUITE
101
SAN ANTONIO TX 78249
210-651-1000
DCrawford-svc@thomasjhenrylaw.com
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-22-13671

Court No.: 160th District Court

Style: JOSE CARCAMO

vs.

CHARITY JOY BOWMAN, et al

Came to hand on the _____ day of _____, 20____ at _____ o'clock _____.M.

Executed at _____ o'clock _____.M. on the _____ day of _____, the within the County of _____, at

by _____ delivering to _____ the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation $ _____

For mileage $ _____ of _____ County,

For Notary $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of

20 ____, to certify which witness my hand and seal of office.

_____
Notary Public _____ County

*SEE AFFIDAVIT ATTACHED*

# AFFIDAVIT OF SERVICE

| Case:<br>DC-22-13671 | Court:<br>DALLAS COUNTY, TEXAS | County:<br>IN THE 160TH DISTRICT COURT | Job:<br>8086010 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>JOSE CARCAMO | | Defendant / Respondent:<br>CHARITY JOY BOWMAN, et al | |
| Received by:<br>Ian Williams | | For:<br>Thomas J. Henry - Diana Crawford // Kiana Pearson | |
| To be served upon:<br>BOWMAN & HOSIER LLC BY SERVING ITS REGISTERED AGENT REINA HOSIER | | | |

I, Ian Williams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BOWMAN & HOSIER LLC BY SERVING ITS REGISTERED AGENT REINA HOSIER, 9233 MOTT CT, ORANGEVALE, CA 95662

**Manner of Service:** Personal/Individual, December 23, 2022, 12:00 pm PST

**Documents:** CITATION AND PLAINTIFF'S AMENDED PETITION (Received from Empire Courier & Civil Process, LLC December 15, 2022 at 1:12pm PST)

**Additional Comments:**

_____     January 6, 2023
Ian Williams                                      **Date**
License # PI-27210

Ian Williams

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
**Notary Public**

_____
**Date**            **Commission Expires**

STATE OF CALIFORNIA  COUNTY OF Sacramento
Subscribed and sworn to (or affirmed) before me on this
6 day of January 20,23 by Ian Williams
proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.
                          _____
                          (Signature of Notary)

SHELLEY WILLIAMS
Notary Public - California
Sacramento County
Commission # 2363201
My Comm. Expires Jun 29, 2025

A notary public or other officer completing
this certificate verifies only the identity of
the individual who signed the document to
which this certificate is attached, and not
the truthfulness accuracy, or validity of that
document.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Crawford on behalf of Diana Crawford
Bar No. 24085746
dcrawford-svc@thomasjhenrylaw.com
Envelope ID: 71718243
Status as of 1/13/2023 12:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Crawford | | Dcrawford-svc@thomasjhenrylaw.com | 1/11/2023 5:01:35 PM | SENT |



1/13/2023

DIANA CRAWFORD
THOMAS J HENRY LAW FIRM
5711 UNIVERSITY HEIGHTS BLVD STE 101
SAN ANTONIO TX  78249

Re:

 JOSE CARCAMO
 vs.
CHARITY JOY BOWMAN, et al
DC-22-13671

DISMISSAL HEARING NOTICE – **BY SUBMISSION**

The above case is set for dismissal for want of prosecution **BY SUBMISSION** on 03/01/2023 at 8:30 AM. in the 160th District Court, Dallas County, Texas.

If you have perfected service and no answer has been filed, you must have moved for or have proved up a default judgment on or prior to the above date. Failure to do so prior to dismissal hearing will automatically result in the dismissal of the case on the above date and time and place.

If you have not perfected service on all parties prior to said dismissal date, you must **APPEAR BY SUBMISSION FOR THE DISMISSAL HEARING.** During said hearing you will have the opportunity to show by way of verified motion, good cause for maintaining the case on the docket. The court **SHALL** dismiss for Want of Prosecution unless there is a showing of good cause.

Sincerely

/s/ Nicholas Zaragoza
Nicholas Zaragoza,
Court Coordinator

# EXHIBIT B

**COPY OF DOCKET SEHEET IN STATE COURT CASE**

# Case Information

DC-22-13671 | JOSE CARCAMO vs. CHARITY JOY BOWMAN, et al

Case Number
DC-22-13671

Court
160th District Court

Judicial Officer
REDMOND, AIESHA

File Date
09/22/2022

Case Type
MOTOR VEHICLE ACCIDENT

Case Status
OPEN

# Party

PLAINTIFF
CARCAMO, JOSE

Address
5711 UNIVERSITY HEIGHTS BLVD SUITE 101
SAN ANTONIO TX 78249

Active Attorneys ▾
Lead Attorney
CRAWFORD, DIANA
Retained

Inactive Attorneys ▾
Pro Se

DEFENDANT
BOWMAN, CHARITY JOY

Address
3361 CABALLERO CT.
CAMERON PARK CA 95682

DEFENDANT
BOWMAN & HOSIER LLC

Address
9273 MOTT COURT
ORANGEVALE CA 95662

## Events and Hearings

09/22/2022 NEW CASE FILED (OCA) - CIVIL

09/22/2022 ORIGINAL PETITION ▾

ORIGINAL PETITION

09/22/2022 ISSUE CITATION ▾

ISSUE CITATION - CHARITY JOY BOWMAN

ISSUE CITATION - BOWMAN & HOSIER .LLC

09/22/2022 JURY DEMAND ▾

FP FILE DESK JURY DEMAND FORM

10/07/2022 CITATION▾

Return Unserved
12/01/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
12/01/2022
Comment
CHARITY JOY BOWMAN

10/07/2022 CITATION▾

Served
12/15/2022

Anticipated Server
ESERVE

Anticipated Method

Actual Server
OUT OF STATE

Returned
01/11/2023
Comment
BOWMAN & HOSIER LLC

---

10/07/2022 CITATION ▾

Served
12/15/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
01/10/2023
Comment
BOWMAN & HOSIER LLC

---

11/22/2022 AMENDED PETITION ▾

PLAINTIFF'S AMENDED PETITION

Comment
AMENDED

---

11/22/2022 ISSUE CITATION COMM OF INS OR SOS ▾

ISSUE CITATION COMM OF INS OR SOS

ISSUE CITATION COMM OF INS OR SOS

---

12/01/2022 RETURN OF SERVICE ▾

AFFIDAVIT OF NON SERVICE - UNEXECUTED CITATION - CHARITY BOWMAN HOME

Comment
AFFIDAVIT OF REASONABLE DILIGENCE - UNEXECUTED CITATION - CHARITY BOWMAN HOME

---

12/02/2022 MOTION - EXTEND ▾

PLAINTIFF-MOTION FOR EXTENSION OF TIME

Comment
PLAINTIFF-FOR EXTENSION OF TIME

---

12/02/2022 MOTION - RETAIN ▾

PLAINTIFF-MOTION TO RETAIN

Comment
PLAINTIFF

---

12/05/2022 CITATION ▾

Served
12/19/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
01/10/2023
Comment
CHARITY JOY BOWMAN

---

12/05/2022 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
BOWMAN & HOSIER LLC

---

12/06/2022 DISMISSAL FOR WANT OF PROSECUTION ▾

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
CASE FILED 9-22-22; DEFS UNSERVED

---

12/20/2022 VACATION LETTER

---

01/10/2023 MOTION - MISCELLANOUS ▾

PLAINTIFF-MOTION FOR EXTENSION OF TIME

Comment
FOR EXTENSION OF TIME

---

01/10/2023 MOTION - RETAIN ▾

VERIFIED MOTION TO RETAIN

Comment
VERIFIED

---

01/10/2023 RETURN OF SERVICE ▼

EXECUTED CITATION - BOWMAN & HOSIER LLC

Comment
EXECUTED CITATION - BOWMAN & HOSIER LLC

---

01/10/2023 RETURN OF SERVICE ▼

EXECUTED SOS CITATION - CHARITY JOY BOWMAN

Comment
EXECUTED SOS CITATION - CHARITY JOY BOWMAN

---

01/11/2023 DISMISSAL FOR WANT OF PROSECUTION ▼

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

Comment
2ND SETTING; CASE FILED 9-22-22; DEFS UNSERVED

---

01/11/2023 RETURN OF SERVICE ▼

EXECUTED CITATION - BOWMAN & HOSIER LLC

Comment
EXECUTED CITATION - BOWMAN & HOSIER LLC

---

03/01/2023 DISMISSAL FOR WANT OF PROSECUTION ▼

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

Comment
3RD SETTING; CASE FILED 9-22-22; DEFS UNSERVED

## Financial

CARCAMO, JOSE

| | Total Financial Assessment | | | $400.00 |
| | Total Payments and Credits | | | $400.00 |

| | | | | |
|---|---|---|---|---|
| 10/2/2022 | Transaction Assessment | | | $376.00 |
| 10/2/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 62574-2022-DCLK | CARCAMO, JOSE | ($239.00) |
| 10/2/2022 | STATE CREDIT | | | ($137.00) |
| 12/1/2022 | Transaction Assessment | | | $24.00 |
| 12/1/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 75483-2022-DCLK | CARCAMO, JOSE | ($24.00) |

## Documents

ORIGINAL PETITION

FP FILE DESK JURY DEMAND FORM

ISSUE CITATION - CHARITY JOY BOWMAN

ISSUE CITATION - BOWMAN & HOSIER .LLC

160th Dismissal

PLAINTIFF'S AMENDED PETITION

PLAINTIFF-MOTION FOR EXTENSION OF TIME

PLAINTIFF-MOTION TO RETAIN

AFFIDAVIT OF NON SERVICE - UNEXECUTED CITATION - CHARITY BOWMAN HOME

ISSUE CITATION COMM OF INS OR SOS

ISSUE CITATION COMM OF INS OR SOS

160th Dismissal

PLAINTIFF-MOTION FOR EXTENSION OF TIME

VERIFIED MOTION TO RETAIN

EXECUTED SOS CITATION - CHARITY JOY BOWMAN

EXECUTED CITATION - BOWMAN & HOSIER LLC

160th Dismissal

EXECUTED CITATION - BOWMAN & HOSIER LLC