IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE CARCAMO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-150-L** |
| | § | |
| **CHARITY JOY BOWMAN and** | § | |
| **BOWMAN & HOSIER, LLC,** | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

For the reasons that follow, the court *sua sponte* **remands** this action to state court for lack of subject matter jurisdiction.

On March 2, 2023, the court directed Defendants to file an amended or supplemental notice of removal by March 16, 2023, that cured the additional jurisdictional deficiency identified by the court pertaining to the members of Bowman & Hosier, LLC and warned that failure to do so would result in the *sua sponte* remand of this action to state court for lack of jurisdiction. On March 9, 2023, Defendants filed their Second Amended Notice of Removal, but it does not cure the jurisdictional deficiency identified regarding Bowman & Hosier, LLC. According to the Second Amended Notice of Removal, one of Bowman & Hosier, LLC's members is Reina Hosier. The Second Amended Notice of Removal alleges that Ms. Hosier is "a citizen of the State of California, *as she resides on Mott Court in Orangeville, California*." Second Am. Notice of Removal ¶ 7 (Doc. 11). As explained in the court's prior deficiency orders (Docs. 5, 10), residence in a particular state in insufficient to establish citizenship.

Because Defendants failed to cure the jurisdictional deficiency identified in the court's March 2, 2023 order, it is unclear whether there is complete diversity between Plaintiff and

Order – Page 1

Defendants. The court, therefore, must presume that this action lies outside its limited jurisdiction. Accordingly, the court *sua sponte* **remands** this action for lack of subject matter jurisdiction to 160th Judicial District Court, Dallas County, Texas, from which it was removed and **directs** the clerk of the court to effect the remand in accordance with the usual procedure.

    **It is so ordered** this 20th day of April, 2023.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Order – Page 2